# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | |
|---|---|
| DEBORAH L. MEADOWS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 4:17-CV-105-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 24, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,464.00.

**This Judgment Filed and Entered on October 24, 2018, and Copies To:**

George C. Piemonte  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo  (via CM/ECF Notice of Electronic Filing)

October 24, 2018                      PETER A. MOORE, JR., CLERK
                                              /s/ Sandra K. Collins
                                              (By) Sandra K. Collins, Deputy Clerk